

ACCEPTED
15-24-00089-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/16/2025 5:05 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
9/16/2025 5:05:35 PM
CHRISTOPHER A. PRINE
Clerk

Charles C. Webb, Jr.
Benny M. Cason
Parker S. Webb
Patrick L. Beam
Matthew S. Manning
Stephen J. Chapman
Craig Rogers

September 16, 2025

Christopher A. Prine, Clerk                    *VIA E-SERVICE*
**Fifteenth Court of Appeals**
P.O. Box 12852
Austin, Texas 78711

> Re:  **Court of Appeals Number:  15-24-00089-CV**
>       **Trial Court Case Number:  207-CCV-61016-1**
>
> **Style:  Texas Department of Public Safety v. Leroy Torres**

Dear Mr. Prine:

Our client's trial occurred in September of 2023, was appealed and then transferred to the 15th Court of Appeals in September of 2024. Oral argument was originally scheduled for April 15th, 2025 but the Court of Appeals canceled that date on March 27th, 2025.

The Appellee, Captain Torres, was diagnosed with constrictive bronchiolitis as a result of exposure to toxins during his deployment to Iraq. As this condition is a progressive disease, the passage of time does not assist in either his symptoms or his prognosis. The Appellees hereby respectfully request that oral argument be rescheduled as soon as the court deems fitting under the circumstances. If there is some other necessity for filing a motion or other document with the court in regards to this request, please inform us at your earliest convenience. Thank you for your consideration.

Sincerely,

/s/ Stephen J. Chapman
Stephen J. Chapman
Counsel for Appellee

SJC/jp

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jennifer Pena on behalf of Stephen Chapman
Bar No. 24001870
jennifer@wcctxlaw.com
Envelope ID: 105664985
Filing Code Description: Letter
Filing Description: Correspondence regarding Oral Argument
Status as of 9/17/2025 7:04 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Stephen Chapman | 24001870 | steve@wcctxlaw.com | 9/16/2025 5:05:35 PM | SENT |
| Jason Contreras | | Jason.contreras@oag.texas.gov | 9/16/2025 5:05:35 PM | SENT |
| Brian J.Lawler | | blawler@pilotlawcorp.com | 9/16/2025 5:05:35 PM | SENT |
| Matthew Manning | 24075847 | service@wcctxlaw.com | 9/16/2025 5:05:35 PM | SENT |
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 9/16/2025 5:05:35 PM | SENT |